```
                   UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF INDIANA
```

IN RE:

CHRISTOPHER WARREN BORUFF        CASE NO: 06-02378-JKC-13
KATHLEEN MARY KELLY-BORUFF
Debtor(s)

---

### NOTICE OF PLAN COMPLETION

---

The Chapter 13 Trustee hereby certifies that the debtor has all payments under the confirmed Chapter 13 plan.

If the debtor is eligible for a discharge, he is now required to file a Motion for Entry of Chapter 13 Discharge and Debtor's certification of Eligibility, on the Court's form. That form is available on the Bankruptcy Courts Website at www.insb.uscourts.gov. Under Bankruptcy Forms and Instructions, consult the list of Local forms and instructions.

**FAILURE TO FILE THE MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE WITHING 30 DAYS AFTER THE FILING OF THIS NOTICE MAYT RESULT IN THE CLOSING OF A CASE WITHOUT A DISCHARGE.**

Respectfully Yours,

Date: June 3, 2010                    /s/Robert A Brothers
                                      Chaptr 13 Trustee

Distributed to:

CHRISTOPHER WARREN BORUFF
621 PARKER OAKS WAY
BROWNSBURG IN 46112

PETER FRANCIS GERACI
55 E MONROE ST #3400
CHICAGO IL 60603

Debtor's Attorney, UST